AMENDED

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2003

AO-10 (WP)
Rev. 1/2004

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lay, Donald P. | U.S. Court of Appeals for the 8th Circuit | AMENDED 7-13-2004 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) ___Nomination, Date_____ ___Initial _x_ Annual ___Final | 6. Reporting Period |
|---|---|---|
| United States Senior Circuit Judge | | 1-1-03 to 12/31/03 |

| 7. Chambers or Office Address 316 N. Robert Street, Room 560 St. Paul, Minnesota 55101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ |
|---|---|

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

|  | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| x | NONE (No reportable positions.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

|  | DATE | PARTIES AND TERMS |
|---|---|---|
| x | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |

2004 JUL 15 A 10 29
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

### A. Filer's Non-Investment Income

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|
| | NONE (No reportable non-investment income.) | | |
| 1 | 3/10/03 to 3/12/03 | Western State University, Anaheim CA Jurist-in-residence program for students | $ 3,000.00 |
| 2 | | | $ |
| 3 | | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

|  | | |
|---|---|---|
| x | NONE (No reportable non-investment income.) | |
| 1 | | |
| 2 | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Donald P. Lay | *Amended* 7-13-04 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| [x] | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [ ] | NONE (No such reportable gifts.) | | |
| 1 | Minneapolis Club, Minneapolis, MN | Honorary Membership | $ 1200 |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [ ] | NONE (No reportable liabilities.) | | |
| 1 | U.S. Bank, St. Paul, MN | Personal Loan | J |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

Value Codes: J = $15,000 or less    K = $15,001 $50,000    L = $50,001 $100,000    M = $100,001 $250,000
N = $250,001 $500,000    O = $500,001 $1,000,000    P1 = $1,000,001 $5,000,000
P2 = $5,000,001 $25,000,000    P3 = 25,000,001 50,000,000    P4 = 50,000,001 or more

| Name of Person Reporting | Date of Report |
|---|---|
| Donald P. Lay | Amended 7-13-04 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| Description of Assets | Income | | Gross value | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amount Code (A-H) | Type (e.g. div, rent or int.) | Value Code (J-P) | Value Method Code (Q-W) | Type (e.g. buy/sell/ merger/ redemption) | Date Mo/ Day | Value Code (J-P) | Gain Code (A-H) | Identity of buyer/seller (if private transaction) |
| NONE (No reportable income) | | | | | | | | | |
| 1 Eureka Gardens | A | Int. | J | W | | | | | |
| 2 General Mills | A | Div. | J | W | buy 10/1/03 | J | | | |
| 3 Starbucks | A | Div. | J | W | buy 2/4/03 | J | | | |
| 4 3-M | A | Div. | J | W | buy 10/1/03 | J | | | |
| 5 Alliant Techsystems | A | Div. | J | W | buy 2/4/03 | J | | | |
| 6 Alliant Techsystems | A | Div. | | | sell 6/26/03 | J | | | |
| 7 IBM | A | Div | J | W | buy 6/19/03 | J | | | |
| 8 IBM | A | Div | J | W | sell 6/10/03 & 7/15/03 | J | | PARTIAL | |
| 9 ADC Telecomm Inc. | A | Div | | | sell 6/10/03 & 8/19/03 | J | | | |
| 10 Medtronic | A | Div | | | sell 10/22/03 | J | | | |
| 11 INTEL | A | NONE | J | W | | | | | |
| 12 Pfizer | A | Div | J | W | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Sign _____      Date _____*7-13-04*_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2003

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lay, Donald P. | U.S. Court of Appeals for the 8th Circuit | 5/7/04 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Senior Circuit Judge | ___ Nomination, Date _____ <br> ___ Initial _x_ Annual ___ Final | 1-1-03 to 12/31/03 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 316 N. Robert Street, Room 560 <br> St. Paul, Minnesota 55101 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| x | NONE (No reportable positions.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| x | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

### A. Filer's Non-Investment Income

☐ NONE (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|
| 1 | 3/10/03 to 3/12/03 | Western State University, Anaheim CA <br> Jurist-in-residence program for students | $ 3,000.00 |
| 2 | | | $ |
| 3 | | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| x | NONE (No reportable non-investment income.) | |
| 1 | | |
| 2 | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| [x] 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [ ] | NONE (No such reportable gifts.) | | |
| 1 | Minneapolis Club, Minneapolis, MN | Honorary Membership | $ 1200 |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [ ] | NONE (No reportable liabilities.) | | |
| 1 | U.S. Bank, St. Paul, MN | Personal Loan | J |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:  J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=25,000,001-50,000,000   P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting: Donald P. Lay

Date of Report: 5-7-04

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month-Day | D. If not exempt from disclosure (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| 1 Eureka Gardens | A | Int. | J | W | | | | | |
| 2 General Mills | A | Div. | J | W | buy 10/1/03 | | J | | |
| 3 Starbucks | A | Div. | J | W | buy 2/4/03 | | J | | |
| 4 3-M | A | Div. | J | W | buy 10/1/03 | | J | | |
| 5 Alliant Techsystems | A | Div. | J | W | buy 2/4/03 | | J | | |
| 6 Alliant Techsystems | A | Div. | J | W | sell 6/26/03 | | J | | |
| 7 IBM | A | Div | J | W | buy 6/19/03 | | J | | |
| 8 IBM | A | Div | J | W | sell 6/10/03 & 7/15/03 | | J | | |
| 9 ADC Telecomm Inc. | A | Div | J | W | sell 6/10/03 & 8/19/03 | | J | | |
| 10 Medtronic | A | Div | J | W | sell 10/22/03 | | J | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Donald P. Lay | 5-7-04 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____          Date _____ May 7, 2004 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS.

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544